**Order entered November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00454-CR

**WILLIAM THOMAS NICHOLAS JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MC15-A0588-L**

## ORDER

The Court **DENIES** appellant's November 2, 2015 motion for extension of time for reply to State's brief.

We **ORDER** the Clerk of the Court to send a copy of this order to William Thomas Nicholas, Jr., TDCJ No. 1680033, Clements Unit, 9601 Spur 591, Amarillo, Texas, 79107-9606.

/s/     LANA MYERS
           JUSTICE